UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASULATY CO., a
foreign corporation

    Plaintiff,

v.                                                Case No:  2:10-cv-121-FTM-36DNF

ROBERT C. PATE, as Trustee for the
Chinese Drywall Trust, a Citizen of the
State of Texas, 1st CHOICE
CONSTRUCTION, INC., a Florida
Corporation, FINEST DRYWALL, INC.,
a Florida Corporation, DISTINCTIVE
FINISHES, LLC, a Florida Corporation,
SWEDBERG ENTERPRISES, INC.
d/b/a FLORIDA DRYWALL, a Florida
Corporation, and STEVEN SWEET
DRYWALL, a Florida Corporation,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. #119), filed on July 15, 2013.  Fed. R. Civ. P. 41(a)(1) provides that an action may be dismissed by the plaintiff without order of the court by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who

---

[1]Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

have appeared. However, the stipulation at issue was not signed by Defendants Robert Pate, Finest Drywall, or 1st Choice.[2]

Accordingly, it is now

**ORDERED**:

Defendants Robert Pate, Finest Drywall, and 1st Choice are directed to **file a notice** with the Court regarding their positions on the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. #119) **by July 24, 2013**.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of July, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[2] The remaining Defendants who have not made an appearance need not sign on to the stipulated dismissal.

2