UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASULATY CO., a
foreign corporation

    Plaintiff,

v.                                                Case No:  2:10-cv-121-FTM-36DNF

ROBERT C. PATE, as Trustee for the
Chinese Drywall Trust, a Citizen of the
State of Texas, 1st CHOICE
CONSTRUCTION, INC., a Florida
Corporation, FINEST DRYWALL, INC.,
a Florida Corporation, DISTINCTIVE
FINISHES, LLC, a Florida Corporation,
SWEDBERG ENTERPRISES, INC.
d/b/a FLORIDA DRYWALL,  a Florida
Corporation, and STEVEN SWEET
DRYWALL, a Florida Corporation,

    Defendants.
_____/

**<u>ORDER</u>**[1]

This matter comes before the Court on periodic review of the case.  On July 15, 2013, Plaintiff filed a Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. #119), which was not signed by Defendants Robert Pate, Finest Drywall, or 1st Choice. Fed. R. Civ. P. 41(a)(1) provides that an action may be dismissed by the plaintiff without order of the court by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

signed by all parties who have appeared.  Defendants Finest Drywall, Inc. and Robert C. Pate have since consented to the Stipulation.  See Dkt. #121, Dkt. #122.  Defendant First Choice Construction has not.  Plaintiff informs the Court that it attempted to reach out to First Choice regarding the Stipulation but to no avail.  See Dkt. #123.  In fact, aside from a May 25, 2010 Answer to the Complaint (Dkt. #34), First Choice has not filed any other entries and has failed to respond to a prior request by the Court to retain counsel or risk a default entry.  See Dkt. #84.

> The Eleventh Circuit has explained that
>
> [t]he district court enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2).  McCants v. Ford Motor Co., Inc., 781 F.2d 855, 857 (11th Cir.1986).  "[I]n most cases, a voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice, other than the mere prospect of a subsequent lawsuit, as a result."  Id. at 856-57.  "The crucial question to be determined is, [w]ould the defendant lose any substantial right by the dismissal."  Durham v. Florida East Coast Ry. Co., 385 F.2d 366, 368 (5th Cir. 1967).  In exercising its "broad equitable discretion under Rule 41(a)(2)," the district court must "weigh the relevant equities and do justice between the parties in each case, imposing such costs and attaching such conditions to the dismissal as are deemed appropriate."  McCants, 781 F.2d at 857.

Pontenberg v. Boston Sci. Corp., 252 F.3d 1253, 1255 (11th Cir. 2001).  Here, the Court finds that a dismissal with prejudice of this case will not prejudice any party and that Defendant First Choice has had ample opportunity to offer its consent or opposition to the Stipulation.

Accordingly, it is now

**ORDERED**:

(1) The Joint Stipulation for Dismissal with Prejudice (Dkt. #119) is **GRANTED**.

(2) This case is hereby **DISMISSED with prejudice**, with each party to bear its own attorneys' fees and costs.

(3) The Clerk of the Court is directed to close this case and terminate all pending motions and scheduled deadlines.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of July, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record