UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY CO., a foreign corporation

        Plaintiff,

v.                                                                 Case No:   2:10-cv-121-FtM-38DNF

ROBERT C. PATE, 1ST CHOICE CONSTRUCTION, INC., FINEST DRYWALL, INC., DISTINCTIVE FINISHES, LLC, SWEDBERG ENTERPRISES, INC. and STEVEN SWEET DRYWALL,

        Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on review of the docket. This matter was dismissed with prejudice and closed. (See Doc. #124).

Accordingly, it is now **ORDERED:**

The Clerk is directed to enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.